**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JONATHAN SEARCY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-1523-MTS |
| ) | |
| GILEAD SCIENCES, INC., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to File Under Seal, Doc. [82], is preliminarily **GRANTED**. The Court shall determine the permanent sealing of the material at the time the Court issues its ruling on Plaintiffs' Motion to Certify Class, Doc. [84].

Dated this 10th day of July, 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE