**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| DARREN JOHNSON, on behalf of himself and all others similarly situated, and | ) ) ) ) | Case No. 4:20-cv-1523-MTS |
| JONATHAN SEARCY, on behalf of himself and all other similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GILEAD SCIENCES, INC., a foreign corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

**GILEAD SCIENCE INC.'S UNOPPOSED MOTION TO CONTINUE HEARING**

Defendant Gilead Sciences, Inc. ("Gilead") respectfully moves the Court to continue the hearing on Plaintiffs' Motion for Class Certification [ECF 206] and Gilead's Motions to Exclude [ECF 215, 216] to **August 20, 2025**. Pursuant to a prior scheduling order, those motions had been "tentatively" set for hearing on July 14, 2025 [ECF 192], but Gilead's counsel now has unexpected conflict outside of counsel's control. Gilead's counsel has been in contact with Plaintiffs' counsel and also informed Court staff of the conflict and solicited potential alternative dates. Based on those discussions, it appears that August 20, 2025, is available for the Court. Plaintiffs' counsel have confirmed that they are available and consent to continuing the hearing to that date. In addition, the parties have been conferring on whether it would be productive to engage in mediation at this stage, and the continuance would provide additional time for that evaluation.

Gilead therefore respectfully requests that the Court continue the tentatively set July 14 hearing to August 20, 2025.

Date:  June 23, 2025

Respectfully submitted,

By: */s/ David R. Carpenter*
    David R. Carpenter (*pro hac vice*)
    drcarpenter@sidley.com
    Sean A. Commons (*pro hac vice*)
    scommons@sidley.com
    SIDLEY AUSTIN LLP
    350 S. Grand Avenue
    Los Angeles, California 90071
    Telephone:  (213) 896-6000
    Facsimile:  (213) 896-6600

    William Michael Corrigan, Jr. (No. 33169 (MO))
    Tyler Schwettman (No. 72457 (MO))
    Shook, Hardy & Bacon L.L.P.
    190 Carondelet Plaza
    Suite 1350
    Clayton, MO 63105
    (314) 690-0200
    bcorrigan@shb.com
    tschwettman@shb.com

    Jennifer A. Hill (No. 60696 (MO))
    Shook, Hardy & Bacon L.L.P.
    2555 Grand Boulevard
    Kansas City, MO 64108
    (816) 474-6550
    jshill@shb.com

ATTORNEYS FOR DEFENDANT

2

4897-1189-5632v.1