# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No.  26-8003

_____

Jonathan Searcy, on behalf of himself and all other similarly situated; Ervin Kirk, on behalf of himself and all others similarly situated

Petitioners

v.

Gilead Sciences (GILD), Inc., a foreign corporation

Respondent

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:20-cv-01523-MTS)

_____

**JUDGMENT**

Before LOKEN, SHEPHERD and ERICKSON, Circuit Judges.

Petitioners' Petition for Permission to Appeal under Rule 23(f) of the Federal Rules of

Civil Procedure and the included request to remand to state court under 28 U.S.C. § 1453(c) are

denied.  Petitioners' Motion for Leave to File Reply in Support of the Petition, filed February 17,

2026, is also denied.

Mandate shall issue forthwith.

February 27, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler